UNITED STATES of America,
Plaintiff–Appellee,

v.

Jimmy BATISTE, Defendant–Appellant.

No. 05–51107
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Russell David Hunt, Jr., Austin, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Jimmy Batiste has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Batiste has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Counsel's mo-

tion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.